JAMES GARNER WEST, Respondent, *v.* WILLIAM P. BANIGAN et al., Appellants.

Reported below, 51 App. Div. 328.
(Submitted April 7, 1902; decided April 15, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the decision is not appealable to, and cannot be reviewed by, the Court of Appeals.

*Albert H. F. Seeger* for motion.

*Richard S. Harvey* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE ALLEN et al., Appellants, *v.* JAMES J. HAGAN, Warden of the City Prison of the City of New York, Respondent.

(Submitted March 31, 1902; decided April 15, 1902.)

Motion for reargument denied.　　(See 170 N. Y. 46.)